(91 South. 922)

HINES, Director General, v. HAMMOND. (4 Div. 944.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Reid & Doster, of Dothan, for petitioner. E. H. Hill, of Dothan, opposed.

GARDNER, J. Application of Walker D. Hines, as Director General, for certiorari to Court of Appeals to review and revise the judgment of said court affirming the appeal of Walker D. Hines, as Director, v. G. A. Ham-

mond, 18 Ala. App. 227, 91 South. 323. Writ denied.

McCLELLAN, THOMAS, and MILLER, JJ., concur.